Ilene S. Farkas (*pro hac vice pending*)
Rebecca Mandel (State Bar No. 340990)
*rmandel@pryorcashman.com*
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Attorneys for Defendants
*UMG Recordings, Inc.,*
*Universal Music-MGB NA, LLC, and*
*Warner-Tamerlane Publishing Corp. (erroneously named as W Chappell Music Corp. d/b/a WC Music Corp.)*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAMOUNT LONDON,

Plaintiff,

vs.

QUAVIOUS MARSHALL, et al.,

Defendants.

2:24-cv-08112-CBM-PVC

**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT BY 30 DAYS**

*[Proposed] Order and Declaration of Rebecca Mandel submitted concurrently herewith*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**STIPULATION**

Plaintiff Lamount London ("Plaintiff") and Defendants UMG Recordings, Inc., Universal Music-MGB NA, LLC, and Warner-Tamerlane Publishing Corp., erroneously named as W Chappell Music Corp. *d/b/a* WC Music Corp. (collectively, the "Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff commenced this action on September 20, 2024, by filing a Complaint. (Dkt. No. 1).

2. Summons were issued as to the Defendants on September 30, 2024. (Dkt. Nos. 15, 16).

3. UMG Recordings, Inc. and Universal Music-MGB NA, LLC were served on October 7, 2024 (Dkt. Nos. 17, 18), and W Chappell Music Corp. *d/b/a* WC Music Corp. was served on October 15, 2024 (Dkt. No. 19).

4. On August 19, 2026, the Court issued an Order to Show Cause Re: Dismissal for Lack of Prosecution, ordering Plaintiff to show cause on or before September 2, 2026 why this action should not be dismissed. (Dkt. No. 20).

5. On August 31, 2026, Plaintiff filed a Request for Entry of Default against Defendants. (Dkt. No. 21).

6. On September 1, 2026, the Clerk entered default against Defendants pursuant to Federal Rule of Civil Procedure 55(a). (Dkt. No. 22).

7. On September 4, 2026, the Court granted the parties' stipulation, set aside the Clerk's entries of default against Defendants, and ordered Plaintiff to file an amended complaint within twenty-one (21) days. (Dkt. No. 25).

8. Plaintiff filed the First Amended Complaint on September 15, 2026 ("FAC"). (Dkt. No. 26).

9. Defendants' current deadline to respond to the FAC is October 15, 2026.

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

10. Defendants recently retained Pryor Cashman LLP as their counsel in this action.

11. Counsel for the parties are meeting and conferring, including pursuant to Local Rule 7-3, regarding the claims asserted in the FAC, and require additional time to complete those discussions, which may narrow or resolve issues and conserve the resources of the parties and the Court.

12. This is the first request to extend Defendants' time to respond to the FAC. The requested extension is not sought for purposes of delay, and no party will be prejudiced by it.

13. Good cause therefore exists to extend Defendants' deadline to respond to the FAC by thirty (30) days. Because the thirtieth day after October 15, 2026 falls on Saturday, November 14, 2026, the parties request that the extended deadline be set for the next court day, Monday, November 16, 2026.

14. Therefore, upon approval by the Court, it is hereby stipulated by and between the parties, through the undersigned counsel, that Defendants' deadline to answer, move, or otherwise respond to the FAC shall be extended from October 15, 2026 up to and including November 16, 2026.

IT IS SO STIPULATED.

Dated: October 7, 2026

**THE HAYES LAW FIRM**

By: */s/ DaShawn P. Hayes*
DaShawn P. Hayes
*dphayesesquire@gmail.com*

*Attorneys for Plaintiff*

Pryor Cashman LLP
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

Dated: October 7, 2026

**PRYOR CASHMAN LLP**

By: *<u>/s/ Rebecca Mandel</u>*
Rebecca Mandel
*rmandel@pryorcashman.com*
Ilene S. Farkas (*pro hac vice pending*)
*ifarkas@pryorcashman.com*

*Attorneys for UMG Recordings, Inc., Universal Music-MGB NA, LLC, and Warner-Tamerlane Publishing Corp., erroneously named as W Chappell Music Corp. d/b/a WC Music Corp.*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: October 7, 2026 By: */s/ Rebecca Mandel*
Rebecca Mandel

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670