Ilene S. Farkas (*pro hac vice forthcoming*)
Rebecca Mandel (State Bar No. 340990)
*rmandel@pryorcashman.com*
**PRYOR CASHMAN LLP**
1901 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 683-6900
Facsimile: (310) 943-3397

Attorneys for Defendants
*UMG Recordings, Inc.,*
*Universal Music-MGB NA, LLC, and*
*Warner-Tamerlane Publishing Corp. (erroneously named as W Chappell Music Corp. d/b/a WC Music Corp.)*

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAMOUNT LONDON,<br><br>Plaintiff,<br><br>vs.<br><br>QUAVIOUS MARSHALL, et al.,<br><br>Defendants. | 2:24-cv-08112-CBM-PVC<br><br>**JOINT NOTICE OF SETTLEMENT** |

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670

# **JOINT NOTICE OF SETTLEMENT**

Plaintiff Lamount London ("Plaintiff") and Defendants UMG Recordings, Inc., Universal Music-MGB NA, LLC, and Warner-Tamerlane Publishing Corp., erroneously named as W Chappell Music Corp. *d/b/a* WC Music Corp. (collectively, the "Defendants"), by and through their respective undersigned counsel, hereby jointly give the Court notice that Plaintiff and Defendants have reached a settlement in principle in this matter.

The Plaintiff and Defendants, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within forty (40) days.

Dated: November 11, 2026

**THE HAYES LAW FIRM**

By: /s/ DaShawn P. Hayes
DaShawn P. Hayes
*dphayesesquire@gmail.com*

*Attorneys for Plaintiff*

Dated: November 11, 2026

**PRYOR CASHMAN LLP**

By: /s/ Rebecca Mandel
Rebecca Mandel
*rmandel@pryorcashman.com*
Ilene S. Farkas (*pro hac vice forthcoming*)
*ifarkas@pryorcashman.com*

*Attorneys for UMG Recordings, Inc., Universal Music-MGB NA, LLC, and Warner-Tamerlane Publishing Corp., erroneously named as W Chappell Music Corp. d/b/a WC Music Corp.*

## ATTESTATION REGARDING SIGNATURES

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 11, 2026 By: */s/ Rebecca Mandel*

Rebecca Mandel

**Pryor Cashman LLP**
1901 Avenue of The Stars, Ste. 900
Los Angeles, California 90067
Telephone: (310) 556-9608
Facsimile: (310) 556-9670